# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ORLANDO BETHEL and GLYNIS BETHEL, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL NO. 10-00656-CG-C ) |
| HUEY ALFRED MACK, JR., et al, | ) ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that this lawsuit be, and hereby is, **DISMISSED WITHOUT PREJUDICE.**

**DONE** and **ORDERED** this the 8th day of December, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE